

# NUMBER 13-09-00107-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE RAUL ERNESTO LOAISIGA, M.D., P.A., AND RAUL ERNESTO LOAISIGA

### On Petition for Writ of Mandamus

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides**
**Memorandum Opinion Per Curiam**

Relators, Raul Ernesto Loaisiga, M.D., P.A., and Raul Ernesto Loaisiga, filed a petition for writ of mandamus and an emergency motion for temporary relief in the above cause on February 25, 2009. On February 26, 2009, the Court granted the emergency motion for temporary relief and further requested that the real parties in interest, Tania Jalil, M.D., P.A., Tania Jalil, and Syed Jalil, by and through counsel, file a response to relators' petition for writ of mandamus.

On February 27, real parties in interest filed an "Emergency Motion to Reconsider Order Granting Relator's [sic] Motion for Temporary Relief." That same day, this Court

lifted the stay previously imposed by the Court and denied the petition for writ of mandamus filed by relators. Subsequently that same day, relators filed an "Emergency Motion to Reconsider" which was denied by the Court.

On March 5, relators filed a "Second Emergency Motion to Reconsider." On March 6, real parties in interest filed an "Initial Response to Relators' Second Motion for Reconsideration and Request for Adequate Time to File a Comprehensive Response." Relators have now filed a "First Supplemental Reply to the Real Parties in Interests' Initial Response to Relators' Second Motion to Reconsider" and an "Emergency Motion for Expedited Oral Argument." On March 12, the real parties in interest filed a "Response to Relators' Second Emergency Motion to Reconsider and Request for Sanctions."

On March 16, 2009, Relators' emergency motion for expedited oral argument was GRANTED and was set for submission and oral argument on Thursday, March 26, 2009, at 1:30 p.m. On the Court's own motion, the opinion previously issued in this case was withdrawn, *see In re Loaisiga*, 13-09-00107-CV, 2009 Tex. App. LEXIS 1558, *1-2 (Tex. App.–Corpus Christi Feb. 27, 2009, orig. proceeding).

On March 25, 2009, parties filed an Agreed Motion to Dismiss informing the Court that the parties have settled their differences. Accordingly, the parties' Agreed Motion to Dismiss is GRANTED and the original proceeding is DISMISSED without reference to the merits. Any pending motions are denied as moot.

PER CURIAM

Memorandum Opinion delivered
and filed this 3rd day of April, 2009.

2